UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PATRICK JAMES WERNER,**

        Plaintiff,

v.                         **Case No. 15-cv-104-pp**

**DEBBIE LARRABEE,**

        Defendant.

## ORDER LIFTING STAY

On January 11, 2016, the court stayed proceedings in this case pending a decision from the United States Court of Appeals for the Seventh Circuit in Belleau v. Wall, Appeal No. 15-3225. Dkt. No. 20. The court instructed the defendant to file a motion to lift the stay within twenty-one days of the decision from the Court of Appeals. Id. The Court of Appeals decided Belleau on January 29, 2016. Belleau v. Wall, 811 F.3d 929 (7th Cir. 2016). The defendants, however, have yet to file a motion to lift the stay. In order to keep this case moving, the court will lift the stay, *sua sponte,* and will issue a separate scheduling order.

The court **ORDERS** that the stay of proceedings granted on January 11, 2016 in Dkt. No. 20 is **LIFTED**.

Dated in Milwaukee, Wisconsin this 24th day of March, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge

1